UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISMAEL LOZADA,

    Plaintiff,

vs.                                    CASE NO. 6:15-CV-711-ORL-41-TBS

HOBBY LOBBY STORES, INC.,

    Defendant.

_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Hobby Lobby Stores, Inc. ("Defendant" or "Hobby Lobby") hereby removes this action from the Osceola County, Florida Circuit Court to the United States District Court for the Middle District of Florida. Removal is proper based on the following:

### CASE HISTORY

1. Plaintiff, Ismael Lozada ("Plaintiff" or "Lozada") filed a complaint (the "Complaint") in the Osceola County, Florida Circuit Court on April 6, 2015 against Hobby Lobby.

2. Hobby Lobby was served with a Summons and a copy of the Complaint on April 10, 2015. Copies of the Summons and Complaint and all other pleadings filed in the Circuit Court, if any, are attached hereto marked **Composite Exhibit "A."**

### DEFENDANT'S NOTICE OF REMOVAL IS TIMELY

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), since it is being filed within thirty (30) days of the date on which Hobby Lobby was served with a Summons and a copy of the Complaint and therefore within thirty (30) days of the date on which the case first became removable.

23352421 v1

## DIVERSITY JURISDICTION EXISTS BETWEEN THE PARTIES

4. Plaintiff is a resident of Osceola County, Florida.

5. Defendant is a corporation organized under the laws of the State of Oklahoma. Defendant's principal place of business is in Oklahoma City, Oklahoma.

## AMOUNT IN CONTROVERSY

6. Plaintiff seeks damages in excess of $75,000.00. According to his Complaint, Plaintiff seeks punitive damages and damages for physical discomfort, mental anguish and loss of reputation, as well as all other relief provided for by law. It is thus apparent from the face of the Complaint that the amount in controversy exceeds $75,000.00. *See Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1060 (11th Cir. 2010) ("[I]t may be facially apparent from the pleading itself that the amount in controversy exceeds the jurisdictional minimum, even when the complaint does not claim a specific amount of damages") (internal quotes omitted); *see also Leon v. First Liberty Ins. Corp.*, 903 F. Supp. 2d 1319, 1322 (M.D.Fla. 2012) (explaining that if the amount in controversy is indeterminate from the complaint alone, the courts "may use their judicial experience and common sense in determining whether the case stated in a complaint meets federal jurisdictional requirements.") (internal quotes and citation omitted); *see also Marsar v. Smith and Nephew, Inc.*, 950 F. Supp. 2d 1228, 1229-1230 (M.D.Fla. 2013) (denying a motion to remand and finding the amount in controversy amount to be met on the face of the complaint in which Plaintiff sought to recover compensatory damages and punitive damages in connection with asserted claims).

7. Based on the facts set forth above, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

8. Venue is proper in the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§ 1391 and 1441.

9. By filing this Notice of Removal, Defendant does not waive any of its affirmative defenses, including, but not limited to, its right to move to dismiss this action pursuant to Rule 12 of the Federal Rules of Civil Procedure and its right to seek arbitration pursuant to contractual agreements and the Federal Arbitration Act.

## NOTICE

10. Written notice of the filing of this Notice of Removal of Civil Action will promptly be served on all parties as required by 28 U.S.C. § 1446(d), and Defendant will promptly file a copy of this Notice of Removal of Civil Action with the Clerk of Court for the Osceola County Circuit Court, as required by 28 U.S.C. § 1446(d).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2015, a true and correct copy of the foregoing was furnished by email to **Keith P. Arago, Esquire** (keitharago@aragolaw.com), P.O. Box 452275, Kissimmee, FL 34745.

_____
**Howard Marks**
Florida Bar No. 750085
Email: hmarks@burr.com
**Sheena Thakrar**
Florida Bar No. 871141
Email: sthakrar@burr.com
**Burr & Forman LLP**
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Defendant*