UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISMAEL LOZADA,
    Plaintiff,

vs.                            CASE NO. 6:15-cv-711-Orl-41TBS

HOBBY LOBBY STORES, INC.,
    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE THAT ISMAEL LOZADA ("Plaintiff,") withdraws his Motion to Compel Production of Documents filed December 17, 2015 (Doc. 14) based upon the representation by Defendant's counsel that supplemental production responses are forthcoming.

Dated: December 23, 2015

### CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                              /s/ Keith Arago
                              KEITH P. ARAGO
                              Trial Counsel
                              Arago Law Firm, PLLC
                              Attorney for Plaintiff, ISMAEL LOZADA
                              Florida Bar Number: 100508
                              PO Box 452275
                              KISSIMMEE, FL 347345-2275
                              Telephone: (407) 344-1185
                              Fax: (407) 201-6798
                              E-Mail: keitharago@aragolaw.com
                              Secondary E-Mail: maureenarago@aragolaw.com