UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISMAEL LOZADA,
    Plaintiff,

vs.                            CASE NO.  6:15-cv-711-Orl-41TBS

HOBBY LOBBY STORES, INC.,
    Defendant.
_____/

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S REQUEST FOR ORDER TO SHOW CAUSE REGARDING NON-PARTY CONTEMPT OF SUBPOENA**

PLEASE TAKE NOTICE THAT ISMAEL LOZADA ("Plaintiff,") withdraws his Request for Order to Show Cause Regarding Non-Party Contempt of Subpoena filed February 16, 2016. (Doc. 24)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

KEITH P. ARAGO
Trial Counsel
Arago Law Firm, PLLC
Attorney for Plaintiff, ISMAEL LOZADA
Florida Bar Number: 100508
PO Box 452275
KISSIMMEE, FL  347345-2275
Telephone: (407) 344-1185
Fax: (407) 201-6798
E-Mail: keitharago@aragolaw.com

1