UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISMAEL LOZADA,

    Plaintiff,

vs.   CASE NO.  6:15-cv-711-Orl-41TBS

HOBBY LOBBY STORES, INC.,

    Defendant.
_____/

## NOTICE OF FILING DEPOSITION TRANSCRIPTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant, Hobby Lobby Stores, Inc., hereby gives notice of filing the attached original deposition transcripts in support of its Motion for Summary Judgment:

1. Deposition of Ismael Lozada taken September 25, 2015;

2. Deposition of Michael Gene Licari taken February 29, 2016;

3. Deposition of Deputy Gary Tate Wilson taken February 29, 2016; and

4. Deposition of Mary Margaret Dellofano taken March 15, 2016.

I HEREBY CERTIFY that on April 1, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing and complete service of the foregoing to **Keith P. Arago, Esquire** (keitharago@aragolaw.com), P.O. Box 452275, Kissimmee, FL 34745.

    */s/ Baya W. Harrison*
    **Howard S. Marks**
    Florida Bar No. 750085
    Email:  hmarks@burr.com
    Email:  dmmorton@burr.com
    **Baya W. Harrison**
    Florida Bar No. 114085
    Email:  bharrison@burr.com
    Email:  jmorgan@burr.com
    **BURR & FORMAN LLP**
    200 S. Orange Avenue, Suite 800
    Orlando, Florida 32801
    Telephone: (407) 540-6600
    Facsimile: (407) 540-6601
    *Attorneys for Defendant*