UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISMAEL LOZADA,

    Plaintiff,

vs.                                     CASE NO. 6:15-cv-711-Orl-41TBS

HOBBY LOBBY STORES, INC.,

    Defendant.
_____/

## **AFFIDAVIT OF HOWARD S. MARKS AS TO ATTORNEYS' FEES FOR DEFENDANT, HOBBY LOBBY STORES, INC.**

STATE OF FLORIDA
COUNTY OF ORANGE

    BEFORE ME, the undersigned authority, this day personally appeared HOWARD S. MARKS, who, after being duly sworn, deposes and states as follows:

    1.     I have personal knowledge regarding the attorneys' fees and the costs that have been incurred relating to this matter.

    2.     I have personally performed many of the tasks listed in the attached billing record.

    3.     I was also the lead attorney who supervised two associates who assisted with this litigation, Sheena A. Thakrar and Baya W. Harrison.

    4.     I have been a trial attorney in the State of Florida for over twenty-eight (28) years, and during that time I have personally litigated over two hundred (200) cases.

5. I have been a member of The Florida Bar since 1988, and I am a member of the United States District Court for the Middle District of Florida, the Northern District of Florida, and the Southern District of Florida.

6. I am board certified by The Florida Bar in Civil Trial and also in Business Litigation. Further, I am also board certified in Civil Trial Advocacy by the National Board of Trial Advocacy.

7. I am a partner in the law firm of Burr & Forman LLP, a firm with over 250 lawyers in ten offices in Florida, Georgia, Alabama, Mississippi, and Tennessee.

8. On October 12, 2015, Hobby Lobby served Plaintiff with a Proposal for Settlement and Offer of Judgment (the "Proposal") and a cover letter. A true and correct copy of Hobby Lobby's October 12, 2015 email, cover letter, and Proposal are attached as Composite Exhibit A to Hobby Lobby's Motion for Attorneys' Fees.

9. In the Proposal, Hobby Lobby offered to settle all claims in the instant action by paying Plaintiff $1,000.00. In exchange, Plaintiff would voluntarily dismiss this action. The Proposal indicated that Plaintiff could accept Hobby Lobby's Proposal on or before November 12, 2015.

10. Plaintiff did not accept Hobby Lobby's Proposal.

11. On August 11, 2016, the Court granted Hobby Lobby's Motion for Final Summary Judgment on all of Plaintiff's claims.

12. The Clerk entered judgment in favor of Hobby Lobby and against Plaintiff on August 12, 2016.

13. In connection with Hobby Lobby's Motion for Attorneys' Fees, I have personally reviewed the detailed time and expense report of Burr & Forman LLP. During the relevant time period, Burr & Forman LLP's attorneys worked on this matter in the following amounts:

| Attorney | Position | Billed Rate (per hour) | Hours |
|---|---|---|---|
| Howard S. Marks | Partner | $340.00 | 54.50 |
| Sheena A. Thakrar | Senior Associate | $245.00 | 26.00 |
| Baya W. Harrison | Junior Associate | $245.00 | 139.30 |

14. During the relevant period, Burr & Forman LLP attorneys expended a total of 219.80 hours defending this action, with a blended rate of $268.56.

15. My standard hourly rate is $520.00 per hour. Sheena A. Thakrar, who is an experienced litigation attorney with ten (10) years of experience, has a standard hourly rate of $340.00 per hour. Baya W. Harrison, a litigation attorney with two (2) years of experience, has a standard hourly rate of $245.00 per hour. Because Hobby Lobby is a valuable client of Burr & Forman LLP, Burr & Forman LLP agreed for the purposes of this matter that partners would be billed at a rate of $340.00 per hour and associates would be billed at $245.00 per hour.

16. **Exhibit "A"** attached hereto is a true and correct copy of Burr & Forman LLP's detailed billing report for this matter for the relevant time period.

17. In my review of Exhibit A, I have determined that a few billing entries may be considered redundant. As a result, and to avoid unnecessary argument and the

scrutiny of each entry, I agree to reduce the amount of hours being requested by 10.3 hours (4.6%).

18. Based on my experience, I believe that the amount of time being requested is reasonable, and the hourly rates are less than customary market rates that are charged by attorneys practicing in central Florida.

19. The total attorneys' fees requested is 209.5 hours at a blended rate of $268.56 per hour, for a total amount of $56,263.32. The total hours billed and fees sought are represented in the chart below:

| | |
|---:|:---|
| **Blended Rate:** | $268.56 |
| Hours Billed: | 219.80 |
| Less discount: | (10.3 hours) |
| **Total Hours Sought:** | 209.50 |
| **Total Fees Requested:** | $56,263.32 |

FURTHER AFFIANT SAYETH NAUGHT.

_____
HOWARD S. MARKS

SWORN TO AND SUBSCRIBED
before me this 26TH day of
August, 2016, by HOWARD S.
MARKS, who is personally
known to me.

NOTARY PUBLIC, STATE OF FLORIDA

Signature: Elizabeth A. C___
Print Name: May 8, 2017
My Commission Expires:

28096719 v2                                                        4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2016, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing and complete service of the foregoing to **Keith P. Arago, Esquire** (keitharago@aragolaw.com), P.O. Box 452275, Kissimmee, FL 34745.

                              */s/ Howard S. Marks*
                              **Howard S. Marks**
                              Florida Bar No. 750085
                              Email: hmarks@burr.com
                              Email: dmmorton@burr.com
                              **Baya W. Harrison**
                              Florida Bar No. 114085
                              Email: bharrison@burr.com
                              Email: jmorgan@burr.com
                              **BURR & FORMAN LLP**
                              200 S. Orange Avenue, Suite 800
                              Orlando, Florida 32801
                              Telephone: (407) 540-6600
                              Facsimile: (407) 540-6601
                              *Attorneys for Defendant*

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 10/13/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with opposing counsel regarding depositions |
| 10/13/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $98.00 | 0.4 | Exchange emails with opposing counsel regarding discovery issues |
| 10/14/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $122.50 | 0.5 | Review Section C of policy manual in connection with discovery requests |
| 10/14/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Receive and review email from opposing counsel regarding Motion to Compel |
| 10/14/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Telephone call to Corey Cozzens |
| 10/14/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Email to client regarding deposition of Corey Cozzens and review response to same |
| 10/14/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive and review email from opposing counsel acknowledging Proposal for Settlement |
| 10/15/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Receive and review email from opposing counsel regarding scheduling depositions and respond to same |
| 10/15/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive and review Notice of Deposition of Corey Cozzens |
| 10/15/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Prepare correspondence to opposing counsel regarding deposition notice |
| 10/16/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $245.00 | 1.0 | Receive, review and index transcript of Plaintiff's deposition |
| 10/19/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Analyze strategy for subpoenaing sheriff's office |
| 10/19/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Analyze outstanding discovery issues |
| 10/19/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange email with client regarding outstanding discovery issues |
| 10/19/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive email from opposing counsel regarding discovery issues |
| 10/19/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Prepare email to opposing counsel regarding additional document production |
| 10/20/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Prepare transmittal correspondence to opposing counsel regarding additional discovery documents |
| 10/21/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Receive email from opposing counsel regarding last known address for Corey Cozzens and respond to same |
| 10/21/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Receive and review information regarding Corey Cozzens and response to same |
| 10/26/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive and review Notice of Cancellation of Deposition of Corey Cozzens |

EXHIBIT "A"

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 10/26/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive and review email from opposing counsel regarding Notice of Cancellation of Deposition of Corey Cozzens |
| 10/26/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $73.50 | 0.3 | Receive and review email from opposing counsel regarding alleged missing discovery documents and respond to same |
| 10/28/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive and review email from opposing counsel regarding rescheduling deposition of Corey Cozzens |
| 10/30/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with opposing counsel regarding scheduling deposition of Corey Cozzens |
| 11/13/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with opposing counsel regarding discovery issues |
| 11/18/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Receive email from opposing counsel regarding discovery issues |
| 11/18/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $73.50 | 0.3 | Prepare email to client regarding discovery issues raised by opposing counsel |
| 11/20/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with opposing counsel regarding deposition of Corey Cozzens |
| 11/20/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive and review Notice of Cancellation of Deposition of Corey Cozzens |
| 11/24/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Prepare email to client regarding follow-up on discovery issues |
| 12/1/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with client regarding discovery issues |
| 12/1/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with opposing counsel regarding discovery issues |
| 12/2/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $73.50 | 0.3 | Telephone call with client regarding outstanding discovery issues |
| 12/2/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange follow-up emails with client regarding outstanding discovery issues |
| 12/3/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $73.50 | 0.3 | Prepare email to opposing counsel regarding discovery issues |
| 12/3/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive and review email from client regarding additional discovery |
| 12/3/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with client regarding opposing counsel's request for additional contact information for Corey Cozzens |
| 12/11/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $367.50 | 1.5 | Begin drafting motion for summary judgment |
| 12/14/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Prepare email to opposing counsel regarding additional contact information for Corey Cozzens |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 12/17/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Prepare request for copies of non-party discovery directed to sheriff's office |
| 12/17/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $122.50 | 0.5 | Receive and review motion to compel and analyze strategy for further handling |
| 12/17/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $98.00 | 0.4 | Review case law cited in motion to compel in connection with further handling |
| 12/17/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Prepare email to opposing counsel regarding motion to compel |
| 12/17/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $245.00 | 1.0 | Begin reviewing pertinent legal authorities in connection with preparing response in opposition to motion to compel |
| 12/18/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $490.00 | 2.0 | Analyze pertinent legal authorities in connection with employee personnel files for purposes of responding to Motion to Compel |
| 12/18/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $245.00 | 1.0 | Begin drafting response in opposition to Motion to Compel |
| 12/21/2015 | 6466 | Harrison, Baya W. | 18094 | 22 | $392.00 | 1.6 | Research grounds for objecting to production of employee personnel files and standards by which such objections are adjudicated |
| 12/21/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $122.50 | 0.5 | Prepare correspondence to opposing counsel regarding motion to compel and failure to complete good faith conference |
| 12/21/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $490.00 | 2.0 | Analyze pertinent legal authorities in connection with drafting response in opposition to motion to compel |
| 12/21/2015 | 6045 | Marks, Howard S | 18094 | 22 | $340.00 | 1.0 | Review and analysis of Motion to Compel |
| 12/22/2015 | 6466 | Harrison, Baya W. | 18094 | 22 | $98.00 | 0.4 | Research case law supporting client's objections |
| 12/22/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $147.00 | 0.6 | Conference call with J. Fenner regarding motion to compel |
| 12/22/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $980.00 | 4.0 | Begin drafting response to motion to compel and analyze pertinent legal authorities in connection with same |
| 12/22/2015 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Telephone conference with client regarding Motion to Compel issues |
| 12/22/2015 | 6045 | Marks, Howard S | 18094 | 22 | $408.00 | 1.2 | Review case law cited by plaintiff regarding personnel files for response to Motion to Compel |
| 12/23/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $73.50 | 0.3 | Exchange emails with opposing counsel regarding withdrawal of motion to compel |
| 12/23/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $24.50 | 0.1 | Receive and review notice of withdrawal of motion to compel |
| 12/23/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Prepare email to client advising of withdrawal of motion to compel |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 12/31/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with opposing counsel regarding documents from Sheriff's office |
| 12/31/2015 | 6096 | Thakrar, Sheena A | 18094 | 22 | $196.00 | 0.8 | Review original discovery responses and prepare amended discovery responses |
| 1/4/2016 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with opposing counsel regarding amended responses |
| 1/4/2016 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with opposing counsel regarding deposition of Corey Cozzens |
| 1/4/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Review police records |
| 1/5/2016 | 6096 | Thakrar, Sheena A | 18094 | 22 | $196.00 | 0.8 | Receive and review documents from Sheriff's office regarding incident |
| 1/5/2016 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Telephone call to officer responding to store for purposes of obtaining an affidavit in support of summary judgment |
| 1/5/2016 | 6096 | Thakrar, Sheena A | 18094 | 22 | $49.00 | 0.2 | Exchange emails with client regarding amended discovery |
| 1/13/2016 | 6096 | Thakrar, Sheena A | 18094 | 22 | $73.50 | 0.3 | Analyze strategy for obtaining testimony from police officer |
| 1/13/2016 | 6045 | Marks, Howard S | 18094 | 22 | $170.00 | 0.5 | Review of case management regarding request to extend discovery and dispositive motions |
| 1/20/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Telephone conference with Attorney Arago regarding deposition |
| 1/28/2016 | 6096 | Thakrar, Sheena A | 18094 | 22 | $122.50 | 0.5 | Prepare for and conduct good faith discovery conference |
| 1/28/2016 | 6045 | Marks, Howard S | 18094 | 22 | $170.00 | 0.5 | Telephone conference with Keith Arago regarding deposition and objection to production |
| 2/1/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Prepare response to motion to compel |
| 2/1/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Review plaintiff's renewed motion to compel production of documents |
| 2/1/2016 | 6045 | Marks, Howard S | 18094 | 22 | $272.00 | 0.8 | Initial review of Motion to Compel |
| 2/2/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,102.50 | 4.5 | Prepare response to motion to compel |
| 2/2/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Prepare notice of appearance |
| 2/2/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Review motion to extend discovery |
| 2/2/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Telephone conference with Keith Arago |
| 2/2/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Telephone conference with Jami Fenner regarding extension of time and Mr. Lacari issues |
| 2/3/2016 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Telephone conference with Attorney Blaire Jackson |
| 2/4/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $882.00 | 3.6 | Prepare response to motion to compel |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 2/5/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,176.00 | 4.8 | Compile cases supporting the proposition that personnel files of non-parties are confidential and subject to protection from wholesale discovery; review emails between parties' attorneys in which Plaintiff's attorney agreed to allow Defendant to supplement its discovery responses |
| 2/5/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $196.00 | 0.8 | Review plaintiff's motion for extension of time to complete discovery and draft response to Plaintiff's motion |
| 2/5/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $147.00 | 0.6 | Prepare response to motion to compel |
| 2/5/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $269.50 | 1.1 | Research case law supporting proposition that federal courts apply state substantive law to determine whether information is confidential and review applicable Federal Rules, Local Rules, and local Discovery Handbook for support |
| 2/6/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $980.00 | 4.0 | Draft Response to Motion to Compel including section of response arguing that employees' personnel files are confidential and subject to protection and section arguing that employees' personnel files are irrelevant to claims and defenses at issue inthis case and draft Response to Plaintiff's Motion to Extend Discovery Deadline |
| 2/7/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $245.00 | 1.0 | Draft Response to Motion to Compel, including section of response arguing that employees' personnel files are confidential and subject to protection and section arguing that employees' personnel files are irrelevant to claims and defenses at issue in this case; draft Response to Plaintiff's Motion to Extend Discovery Deadline |
| 2/8/2016 | 6045 | Marks, Howard S | 18094 | 22 | $782.00 | 2.3 | Attend deposition of Corey Cozzens - no show |
| 2/9/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $147.00 | 0.6 | Draft response to motion to compel |
| 2/9/2016 | 6045 | Marks, Howard S | 18094 | 22 | $408.00 | 1.2 | Revise Response to Motion to Compel |
| 2/10/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,470.00 | 6.0 | Draft response to motion to compel |
| 2/11/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $808.50 | 3.3 | Prepare response to motion to compel and review written reports prepared by employees and internal emails discussing plaintiff's threats |
| 2/11/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $539.00 | 2.2 | Prepare response to motion to extend discovery deadline; review local rules, relevant Federal Rules of Civil Procedure, court's scheduling order, and applicable case law |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 2/11/2016 | 6045 | Marks, Howard S | 18094 | 22 | $34.00 | 0.1 | Email to client regarding mediation and Mr. Licari's deposition |
| 2/11/2016 | 6045 | Marks, Howard S | 18094 | 22 | $272.00 | 0.8 | Review and revise Response to Motion for Extension and Response to Motion to Compel |
| 2/12/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $196.00 | 0.8 | Prepare response to motion to extend discovery deadline and review local rules, relevant Federal Rules of Civil Procedure, court's scheduling order and applicable case law |
| 2/15/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Follow up with client about responses to motions to compel and motions for extension of time |
| 2/15/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $245.00 | 1.0 | Review and implement Hobby Lobby's changes to response to motion to compel; respond to Hobby Lobby's inquiry |
| 2/16/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $122.50 | 0.5 | Review written statements of witnesses to prepare for deposition of Ramon Dendariarina |
| 2/16/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $343.00 | 1.4 | Correct response to motion to compel; select and prepare exhibits to accompany response to motion to compel |
| 2/16/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Review Plaintiff's motion for order to show cause regarding non-party contempt of subpoena |
| 2/16/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $122.50 | 0.5 | Contact Hobby Lobby regarding response to plaintiff's motion for extension of discovery deadline; prepare response for filing |
| 2/16/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $73.50 | 0.3 | Prepare response to plaintiff's motion for extension of discovery deadline |
| 2/16/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Communicate with Attorney Arago regarding mediation |
| 2/16/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Telephone conference with Attorney Keith Arago regarding filing of Response to Amended Motion to Compel and deposition of Licari |
| 2/16/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Telephone conference with Attorney Keith Arago regarding Motion to Show Cause as to Corey Cozzens and review of Motion |
| 2/17/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $465.50 | 1.9 | Prepare for and travel to and from deposition of Ramon Dendariarina |
| 2/17/2016 | 6045 | Marks, Howard S | 18094 | 22 | $680.00 | 2.0 | Attend deposition of Ramon Dendariarina |
| 2/18/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Telephone conference with Attorney Arago regarding mediation |
| 2/22/2016 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Telephone conference with Atty. Keith Arago regarding deposition and filing of notice of mediation |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 2/24/2016 | 6045 | Marks, Howard S | 18094 | 22 | $170.00 | 0.5 | Telephone conference with Attorney Keith Arago regarding deposition of Dellofano and discovery issues |
| 2/25/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Telephone conference with Keith Arago regarding depositions and mediation |
| 2/25/2016 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Telephone conference with client regarding mediation |
| 2/25/2016 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Review emails from Attorney Arago regarding depositions |
| 2/26/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Review of correspondence from mediator |
| 2/29/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,078.00 | 4.4 | Travel to and from depositions; attend depositions of Michael Licari and Deputy Tate Wilson |
| 2/29/2016 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Telephone conference with attorney for Mr. Licari, Blair Jackson |
| 2/29/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Telephone conference with Attorney Arago regarding depositions |
| 2/29/2016 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Telephone conference with Deputy Wilson regarding deposition |
| 2/29/2016 | 6045 | Marks, Howard S | 18094 | 22 | $272.00 | 0.8 | Prepare for deposition of Michael Licari |
| 2/29/2016 | 6045 | Marks, Howard S | 18094 | 22 | $272.00 | 0.8 | Prepare for deposition of Deputy Tate Wilson |
| 2/29/2016 | 6045 | Marks, Howard S | 18094 | 22 | $1,700.00 | 5.0 | Preparation for and attendance at depositions of Deputy Tate Wilson and Michael Licari |
| 3/1/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Analyze court's order denying Lozada's motion to compel and motion for extension of time |
| 3/1/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Review of Order Denying Motion to Compel |
| 3/4/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $784.00 | 3.2 | Draft mediation statement and prepare relevant attachments explaining factual background demonstrating Hobby Lobby's good faith reason for believing its employees' statements and deposition testimony showing lack of evidence supporting plaintiff's claims |
| 3/4/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Revise settlement statement and send to Hobby Lobby |
| 3/4/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Call with Jami to discuss mediation efforts |
| 3/4/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Edit mediation statement according to client's request and send to mediator |
| 3/6/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Review order denying Lozada's motion to compel and send order to Ms. Fenner |
| 3/8/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Correspond with Attorney Arago regarding depositions |
| 3/9/2016 | 6045 | Marks, Howard S | 18094 | 22 | $850.00 | 2.5 | Attend Mediation |
| 3/10/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $73.50 | 0.3 | Contact Mary Dellofano about March 15 deposition and confirm change with opposing counsel |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 3/10/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $392.00 | 1.6 | Draft motion for summary judgment |
| 3/10/2016 | 6045 | Marks, Howard S | 18094 | 22 | $34.00 | 0.1 | Review Order to Show Cause |
| 3/10/2016 | 6045 | Marks, Howard S | 18094 | 22 | $34.00 | 0.1 | Telephone conference with Attorney Arago regarding depositions |
| 3/11/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Confirm deposition date, time, and location with witness and opposing counsel |
| 3/14/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Prepare for deposition of Mary Dellofano |
| 3/14/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Provide notice of deposition to Hobby Lobby and confirm date, time, and location of deposition of Mary Dellofano with Hobby Lobby |
| 3/14/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Review deposition transcript of Michael Licari |
| 3/14/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Review deposition transcript of Deputy Wilson |
| 3/15/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $906.50 | 3.7 | Travel to and meet with Mary Dellofano and defend deposition of Mary Dellofano |
| 3/16/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $98.00 | 0.4 | Update Ms. Fenner on Mary Dellofano's deposition testimony |
| 3/21/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $392.00 | 1.6 | Draft motion for summary judgment |
| 3/22/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $343.00 | 1.4 | Draft motion for summary judgment |
| 3/23/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $735.00 | 3.0 | Draft motion for summary judgment |
| 3/23/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Telephone conference with Attorney Arago regarding dismissal of malicious prosecution claim |
| 3/23/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Email to Jami Fenner regarding dismissal of malicious prosecution claim |
| 3/24/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,127.00 | 4.6 | Draft motion for summary judgment |
| 3/25/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $490.00 | 2.0 | Draft motion for summary judgment |
| 3/28/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Respond to correspondence from opposing counsel |
| 3/28/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Send Hobby Lobby copy of Mary Dellofano's deposition transcript and request revisions on errata sheet |
| 3/28/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $906.50 | 3.7 | Review Lozada's deposition and research liability of employer for intentional torts of employee and punitive damages based on vicarious liability and edit motion for summary judgment |
| 3/28/2016 | 6045 | Marks, Howard S | 18094 | 22 | $442.00 | 1.3 | Revise summary judgment motion to include vicarious liability issue and to address plaintiff's claim that employees made false statements |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 3/29/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,911.00 | 7.8 | Review Lozada's deposition and research liability of employer for intentional torts of employee and punitive damages based on vicarious liability; draft motion for summary judgment |
| 3/29/2016 | 6045 | Marks, Howard S | 18094 | 22 | $170.00 | 0.5 | Revise summary judgment argument regarding Lozada deposition |
| 3/30/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $563.50 | 2.3 | Edit motion for summary judgment |
| 3/31/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,004.50 | 4.1 | Research liability of employer for punitive damages based on resondeat superior and defense to claim of false arrest based on good faith mistake and edit motion for summary judgment |
| 3/31/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $269.50 | 1.1 | Edit motion for summary judgment according to client's suggestions |
| 3/31/2016 | 6045 | Marks, Howard S | 18094 | 22 | $272.00 | 0.8 | Revise Motion for Summary Judgment |
| 4/1/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $98.00 | 0.4 | Review motion for summary judgment for compliance with local rules of Middle District of Florida |
| 4/1/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,004.50 | 4.1 | Prepare motion and depositions for filing |
| 4/1/2016 | 6045 | Marks, Howard S | 18094 | 22 | $340.00 | 1.0 | Final review of Motion for Summary Judgment and review of issue of filing deposition in support of Motion for Summary Judgment |
| 4/4/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Update Jami Fenner on status of case regarding our motion for summary judgment and Lozada's failure to file his own motion for summary judgment |
| 4/25/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Review court's case management order and deadline for opposing counsel to file responsive brief |
| 5/2/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $343.00 | 1.4 | Review and analyze plaintiff's response to Hobby Lobby's motion for summary judgment and affidavit and summarize analysis of Plaintiff's response for client |
| 5/2/2016 | 6045 | Marks, Howard S | 18094 | 22 | $510.00 | 1.5 | Review response to Motion for Summary Judgment and analysis of issues for reply |
| 5/4/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Draft Reply to Plaintiff's Response to Hobby Lobby's Motion for Summary Judgment |
| 5/5/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $465.50 | 1.9 | Draft Reply to Plaintiff's Response to Hobby Lobby's Motion for Summary Judgment |
| 5/10/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,102.50 | 4.5 | Draft Reply to Plaintiff's Response to Hobby Lobby's Motion for Summary Judgment |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 5/11/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $220.50 | 0.9 | Draft Reply to Plaintiff's Response to Hobby Lobby's Motion for Summary Judgment |
| 5/12/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $122.50 | 0.5 | Draft Reply to Plaintiff's Response to Hobby Lobby's Motion for Summary Judgment |
| 5/13/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $882.00 | 3.6 | Draft Reply to Plaintiff's Response to Hobby Lobby's Motion for Summary Judgment |
| 5/16/2016 | 6045 | Marks, Howard S | 18094 | 22 | $408.00 | 1.2 | Revise Reply to Response to Motion for Summary Judgment |
| 5/16/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,347.50 | 5.5 | Draft Reply to Plaintiff's Response to Hobby Lobby's Motion for Summary Judgment |
| 6/29/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $269.50 | 1.1 | Review pleadings and depositions to determine potential grounds for motion in limine |
| 6/30/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $539.00 | 2.2 | Draft motion in limine to exclude Plaintiff's irrelevant arguments |
| 7/1/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,274.00 | 5.2 | Draft, finalize and file motion in limine to exclude Plaintiff's irrelevant arguments |
| 7/1/2016 | 6045 | Marks, Howard S | 18094 | 22 | $510.00 | 1.5 | Review and finalize Motion in Limine |
| 7/14/2016 | 6045 | Marks, Howard S | 18094 | 22 | $136.00 | 0.4 | Review of Response to Motion in Limine |
| 7/16/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Review Plaintiff's Response in Opposition to Defendant's Motion in Limine to Exclude Evidence |
| 7/22/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Prepare for conference with opposing counsel |
| 7/26/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Coordinate meeting with opposing counsel |
| 7/27/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Coordinate meeting with opposing counsel |
| 8/1/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $220.50 | 0.9 | Draft Hobby Lobby's Witness List and Exhibit List in preparation for pre-trial conference |
| 8/2/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $392.00 | 1.6 | Review documents produced by Hobby Lobby and Plaintiff and draft Hobby Lobby's Exhibit List in preparation for pre-trial conference |
| 8/2/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $318.50 | 1.3 | Draft Hobby Lobby's Witness List in preparation for pre-trial conference |
| 8/2/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $220.50 | 0.9 | Prepare for pre-trial conference with opposing counsel |
| 8/2/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $98.00 | 0.4 | Pre-trial conference with opposing counsel |
| 8/2/2016 | 6045 | Marks, Howard S | 18094 | 22 | $1,700.00 | 5.0 | Initial draft of jury instructions |
| 8/2/2016 | 6045 | Marks, Howard S | 18094 | 22 | $170.00 | 0.5 | Conference with opposing counsel regarding joint pretrial statement |
| 8/2/2016 | 6045 | Marks, Howard S | 18094 | 22 | $408.00 | 1.2 | Begin initial draft of joint pretrial statement |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 8/2/2016 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Telephone conference with Jami Fenner regarding joint pretrial statement |
| 8/3/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Update Hobby Lobby on preparations for pretrial conference, including exhibit list and Plaintiff's potentially objectionable documents |
| 8/3/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Communicate with opposing counsel regarding exchanging exhibits and exhibit list |
| 8/3/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Communicate with Hobby Lobby regarding Witness List, Exhibit List and exhibits |
| 8/3/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $147.00 | 0.6 | Conference call with Hobby Lobby regarding preparation of pretrial statement |
| 8/3/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Review redacted version of Magic Service Ticket produced to Plaintiff as part of initial disclosures |
| 8/3/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Send Magic Desk Service Ticket to Hobby Lobby |
| 8/5/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $73.50 | 0.3 | Update witness list in preparation for trial |
| 8/8/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $1,347.50 | 5.5 | Prepare jury instructions in preparation for trial |
| 8/8/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Update witness list in preparation for trial |
| 8/8/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $73.50 | 0.3 | Receive and review Plaintiff's proposed exhibits |
| 8/8/2016 | 6045 | Marks, Howard S | 18094 | 22 | $340.00 | 1.0 | Review, revise and prepare objections to Plaintiff's Exhibit List |
| 8/9/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $122.50 | 0.5 | Draft Exhibit List incorporating Plaintiff's proposed exhibits and Hobby Lobby's objections |
| 8/9/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $98.00 | 0.4 | Edit Exhibit List and correspond with opposing counsel regarding same |
| 8/9/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Review documents supporting Plaintiff's claim regarding the amount of damages |
| 8/9/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $73.50 | 0.3 | Prepare pretrial statement |
| 8/9/2016 | 6045 | Marks, Howard S | 18094 | 22 | $1,020.00 | 3.0 | Continue drafting jury instructions |
| 8/10/2016 | 6045 | Marks, Howard S | 18094 | 22 | $680.00 | 2.0 | Continue drafting jury instructions |
| 8/10/2016 | 6045 | Marks, Howard S | 18094 | 22 | $272.00 | 0.8 | Draft factual issues for pretrial |
| 8/10/2016 | 6045 | Marks, Howard S | 18094 | 22 | $340.00 | 1.0 | Draft Lozada deposition designations for pretrial |
| 8/10/2016 | 6045 | Marks, Howard S | 18094 | 22 | $612.00 | 1.8 | Draft Verdict Form |
| 8/10/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $514.50 | 2.1 | Draft Joint Pretrial Statement in preparation for trial |
| 8/10/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $514.50 | 2.1 | Edit Joint Pretrial Statement |
| 8/10/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $73.50 | 0.3 | Communicate with Hobby Lobby regarding all pretrial documents |

18094-22
Hobby Lobby Stores, Inc./Lozado, Ismael
Client Detailed Time Report

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 8/11/2016 | 6045 | Marks, Howard S | 18094 | 22 | $272.00 | 0.8 | Review and analysis of summary judgment |
| 8/11/2016 | 6045 | Marks, Howard S | 18094 | 22 | $102.00 | 0.3 | Email to client regarding Summary Judgment Order and issues regarding attorney's fees and costs |
| 8/11/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $24.50 | 0.1 | Analyze Proposal for Settlement/Offer of Judgment sent from Hobby Lobby to Lozada ▬▬▬▬▬▬▬▬▬▬ |
| 8/12/2016 | 6045 | Marks, Howard S | 18094 | 22 | $34.00 | 0.1 | Review email from Jami Fenner |
| 8/12/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Confer with opposing counsel |
| 8/16/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Telephone conference with Attorney Arago |
| 8/19/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Telephone conference with Keith Arago |
| 8/19/2016 | 6045 | Marks, Howard S | 18094 | 22 | $68.00 | 0.2 | Email to Jami Fenner regarding costs and fees |
| 8/20/2016 | 6466 | Harrison, Baya W. | 18094 | 22 | $49.00 | 0.2 | Research requirements of offer of judgment rule and statute to confirm Hobby Lobby's offer of judgment complied with requirements of rule |
| | | | | **Totals** | **$59,028.50** | **219.8** | |

Working Timekeeper Summary

| | Tkpr | TKPR Name | | | Hours | Base Amt | Rate | |
|---|---|---|---|---|---|---|---|---|
| | 6045 | Marks, Howard S | | | 54.5 | $18,530.00 | $340.00 | |
| | 6096 | Thakrar, Sheena A | | | 26 | $ 6,370.00 | $245.00 | |
| | 6466 | Harrison, Baya W. | | | 139.3 | $34,128.50 | $245.00 | |
| | | | | **Totals** | **219.8** | **$59,028.50** | | |